IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.A., individually and on behalf of her minor child J.A., | ) ) ) |
| Plaintiffs, | ) Case No. 1:20-cv-09498-NLH-MJS |
| v. | ) ) ) |
| MONROE TOWNSHIP BOARD OF EDUCATION; NEW JERSEY DEPARTMENT OF EDUCATION; KEVIN DEHMER, Interim Commissioner of Education; NEW JERSEY OFFICE OF ADMINISTRATIVE LAW; MARYANN BOGAN, Administrative Law Judge; JOSEPH A. ASCIONE, Administrative Law Judge, and DOES 1 – 250 SIMILARLY SITUATED ADMINISTRATIVE LAW JUDGES, | ) ) ) ) Judge: Noel L. Hillman ) ) Magistrate Judge: Matthew J. Skahill ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

THIS MATTER coming before the Court upon Plaintiffs' Letter Application to modify the caption; and the Court being duly advised in the premises;

WHEREAS, U.S. District Judge Noel Hillman entered an Opinion and Order on State Defendants Motion to Dismiss on March 31, 2022 in this matter (ECF ##87 and 88) and in *Joanna A., et al. v. Monroe Twp. Bd. of Ed., et al., Civil No.*

Page 1 of 3

*1:21-cv-06283* (ECF ##50 and 51), granting in part and denying in part the Motions to Dismiss on essentially identical issues and claims;

WHEREAS, U.S. District Judge Noel Hillman entered an Opinion and Order on a Motion to Consolidate on March 22, 2022 consolidate the cases referenced above and, as a result, should be consolidated under the earliest docketed case number, **1:20-cv-09498** as per L.Civ.R. 42.1;

IT IS HEREBY ORDERED AND DECREED that Plaintiffs' application is granted and the caption in this case shall be amended as follows:

| | |
|---|---|
| **J.A., individually and on behalf of her minor child J.A.,** ) <br> ) <br> ) | Case No. 1:20-cv-09498-NLH-MJS |
| **Plaintiffs,** ) <br> v. ) | Case No. 1:21-cv-06283-NLH-MJS |
| ) <br> ) | [CONSOLIDATED] |
| **MONROE TOWNSHIP BOARD OF EDUCATION; NEW JERSEY DEPARTMENT OF EDUCATION; KEVIN DEHMER, Interim Commissioner of Education; and NEW JERSEY OFFICE OF ADMINISTRATIVE LAW;,** ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Judge: Noel L. Hillman <br><br> Magistrate: Matthew J. Skahill |
| **Defendants.** ) | |

Page 2 of 3

and that all future filings should be made with the consolidated caption under docket number **1:20-cv-09498**.

SO ORDERED on this 11th Day of July 2022

_____
Matthew J. Skahill
U.S. Magistrate Judge